**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:13CR72-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PHILIP BRUCE RAZOR ) | |

**THIS MATTER** is before the Court upon motion of the Defendant to continue this case from the January 6, 2014, criminal term in the Statesville Division. (Doc.#21)

On December 6, 2013, Co-Defendant, Reginald Lamaris Brown, filed a motion to continue which was granted by the Court. The Defendant's Motion is moot in that Defendant's case is joined with that of a Defendant whose case has been continued and no motion to sever has been granted

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue is **DENIED.**

Signed: December 6, 2013

Richard L. Voorhees
United States District Judge